UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DENNIS K. DITTMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:06CV00054 ERW |
| | ) |
| JIM MOORE, et al., | ) |
| | ) |
| Respondent. | ) |

**ORDER**

On April 19, 2007, the Assistant General Counsel for Correctional Medical Services waived service as to Defendants Rice, Owens, Meyer, Young and Correctional Medical Services only. The Court file reflects no service upon Defendants Unknown Hurkin, John Doe #1, John Doe #2, and John Doe #3. The Clerk's Office shall forward to Plaintiff the appropriate summons and Marshal forms to be returned to the Court with the identity and proper service address of these remaining Defendants.

**IT IS HEREBY ORDERED** that no later October 19, 2007, Plaintiff shall fill out two (2) summons and one (1) Marshal form for each remaining defendant and return them to the Court with a request that service of process issue against these defendants.

**So Ordered this  4th   Day of October , 2007.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**